JUDGE BENJAMIN SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  CR 08-5126 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING MOTION TO |
| vs. | ) | CONTINUE PRETRIAL MOTIONS' |
| | ) | DEADLINE |
| EUGENE BLODGETT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

Upon motion of the defendant, and agreement by the government to continue the pretrial motions' due date, the Court finds that such a continuance would serve the ends of justice; therefore,

IT IS HEREBY ORDERED that the pretrial motions' due date in this matter be continued to August 8, 2008.

DONE this 10th day of June, 2008.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

/s/  Miriam Schwartz
Miriam F. Schwartz
Attorney for Defendant

/s/ Roger Rogoff
Roger Rogoff
Assistant United States Attorney

ORDER GRANTING MOTION TO CONTINUE
PRETRIAL MOTIONS' DEADLINE                    1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710